ROBERT A. PHILIPSON (108940)
LAW OFFICES OF ROBERT A. PHILIPSON
100 Wilshire Boulevard, Suite 200
Santa Monica, California 90401-1111
Telephone: (310) 917-4554
Facsimile: (310) 917-4599

JOHN M. FEDDERS (Appearing Pro Hac Vice)
LAW OFFICES OF JOHN M. FEDDERS
1914 Sunderland Place, N.W.
Washington, D.C.  20016
Telephone: (202) 659-2424
Facsimile: (202) 659-4959

Attorneys for Defendant
LANGLEY PARK INVESTMENT TRUST PLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL DIVERSIFIED INDUSTRIES, INC., a corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANGLEY PARK INVESTMENTS, PLC, a corporation, GOTTBETTER & PARTNERS, LLP, a limited liability partnership,<br><br>　　　　Defendants. | Case No. CIV. F-04-6718 OWW DLB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　Upon consideration of the notice of dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1), of plaintiff Global Diversified Industries, Inc., and it appearing that no adverse party filed or served an answer or a motion for summary judgment before the filing of said notice of dismissal,

1     IT IS HEREBY ORDERED that this action be, and the same hereby
2 is, dismissed, with prejudice.
3
4 DATED: April 28, 2005
                               /s/ OLIVER W. WANGER
5                                _____
                               OLIVER W. WANGER
6                                United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE